1  TOWNSEND AND TOWNSEND AND CREW LLP
   DANIEL J. FURNISS (CSB NO. 73531)
2  IAN L. SAFFER (admitted *pro hac vice*)
   379 Lytton Avenue
3  Palo Alto, California  94301
   Telephone:     (650) 326-2400
4  Facsimile:     (650) 326-2422

5  Attorneys for Plaintiff
   BUSINESS OBJECTS, S.A.

7  LYNN H. PASAHOW (CSB NO. 054283)
     e-mail:  lpasahow@fenwick.com
8  J. DAVID HADDEN (CSB NO. 176148)
     e-mail:  dhadden@fenwick.com
9  DARREN E. DONNELLY (CSB NO. 194335)
     e-mail:  ddonnelly@fenwick.com
10 FENWICK & WEST LLP
   Silicon Valley Center
11 801 California Street
   Mountain View, CA  94041
12 Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200

   Attorneys for Defendants
14 COGNOS, INC. and COGNOS CORPORATION

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BUSINESS OBJECTS, S.A.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COGNOS, INC., a Canadian Corporation, and COGNOS CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C 00-1816 CRB<br><br>**[PROPOSED]** ORDER AMENDING THE **STIPULATED PROTECTIVE ORDER** |

[PROPOSED] AMENDED STIPULATED
PROTECTIVE ORDER (C 00-1816 CRB)

1  WHEREAS, the parties filed, and the Court entered, a Stipulated Protective Order in the
2  above-captioned action on August 21, 2000 (the "Business Objects-Cognos Protective Order");
3  WHEREAS, the Business Objects-Cognos Protective Order limited disclosure or other
4  communication of materials designated as "CONFIDENTIAL-ATTORNEYS' EYES ONLY"
5  and "CONFIDENTIAL" only to those classes of persons identified in Paragraph 4 of the Business
6  Objects-Cognos Protective Order and for use only in connection with the above-captioned action;
7  WHEREAS, the Expert Report of D. Paul Regan, CPA, CFE, dated March 13, 2002,
8  Expert Report of Everrett P. Harry, CPA dated August 16, 1999, and the Expert Report of
9  Matthew R. Lynde, Ph.D., dated April 10, 2002, produced in the above-captioned action
10 (collectively, the "Expert Reports") were designated "CONFIDENTIAL-ATTORNEYS' EYES
11 ONLY";
12 WHEREAS, the parties now agree to allow the disclosure of the Expert Reports in another
13 action pending before this Court, *Informatica Corp. v. Business Objects Data Integration, Inc.*,
14 Case No. C 02-3378 JSW (N.D. Cal. filed July 15, 2002) (the "Informatica-Business Objects
15 Litigation"), consistent with the limitations on use for documents designated "CONFIDENTIAL-
16 ATTORNEYS' EYES ONLY" contained in the Stipulated Protective Order entered in that action,
17 a copy of which is Attached as Exhibit A (the "Informatica-Business Objects Protective Order").
18 IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
19 counsel, subject to approval of the Court, that the Business Objects-Cognos Protective Order be
20 amended as follows:
21    1.    To allow the Expert Reports and materials cited therein to be disclosed,
22 summarized, described, characterized, or otherwise communicated or made available in whole or
23 in part to outside counsel for Informatica Corp. ("Informatica") and Business Objects Data
24 Integration, Inc. ("BODI") and regular and temporary employees of such counsel to whom it is
25 necessary that the information or material be shown for the purposes of the Informatica-Business
26 Objects Litigation;
27    2.    To allow the Expert Reports and materials cited therein to be disclosed,
28 summarized, described, characterized, or otherwise communicated or made available in whole or

[PROPOSED] AMENDED STIPULATED
PROTECTIVE ORDER (C 00-1816 CRB)          2

1  in part to consultants; the Court; court reporters, graphics or design services retained by outside
2  counsel for Informatica and BODI for deposition, trial or other court proceedings in the
3  Informatica-Business Objects Litigation; nontechnical jury or trial consulting services retained by
4  outside counsel for Informatica and BODI in connection with the Informatica-Business Objects
5  Litigation; and any other person only upon order of the Court.

6      3.    Designations on the Expert Reports and materials cited therein shall be treated as if
7  also made in the Informatica-Business Objects Litigation and their use shall be subject to the
8  limitations and conditions contained in the Informatica-Business Objects Protective Order, e.g.,
9  the Expert Reports previously designated "Highly Confidential - Attorneys' Eyes Only" shall be
10 treated as if designated in that manner in the Informatica-Business Objects Litigation.

11     4.    Any portion of the Business Objects-Cognos Protective Order limiting use of the
12 Expert Reports only in connection with the above-captioned action, including but not limited to
13 Paragraphs 4, 6, 7, and 8, shall be amended to allow use of the Expert Reports in connection with
14 the Informatica-Business Objects Litigation consistent with the above paragraphs.

| | |
|---|---|
| Dated: August 2, 2006 | FENWICK & WEST LLP |
| | By: /S/ |
| | Lynn H. Pasahow |
| | Attorneys for Defendants<br>COGNOS, INC. and COGNOS CORPORATION |
| Dated: August 2, 2006 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | By: /S/ |
| | Daniel J. Furniss |
| | Attorneys for Plaintiff<br>BUSINESS OBJECTS, S.A. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 07 , 2006

Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

[PROPOSED] AMENDED STIPULATED
PROTECTIVE ORDER (C 00-1816 CRB)

4

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories indicated by a conformed signature (/S/).

_____/S/_____
Albert L. Sieber

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] AMENDED STIPULATED PROTECTIVE ORDER (C 00-1816 CRB)     5